## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Peter Wenk, et al., | : | |
| Plaintiffs | : | |
| -vs- | : | Civil Action No. 2:12-cv-0474 |
| Edward O'Reilly, et al., | : | Judge Algenon Marbley |
| | | Magistrate Judge Kemp |
| Defendants | : | |

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), and the stipulation of parties hereto,

Plaintiffs Peter and Robin Wenk, Plaintiffs, hereby dismiss all claims, with prejudice,

against Defendant Nancy Schott, PhD. Costs paid by Plaintiffs. Pursuant to settlement

agreement between the parties, the specific terms of the settlement agreement are

confidential to the fullest extent permitted by law.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (0025047)
341 South Third Street, Suite 201
Columbus, Ohio 43215
Telephone 888-318-0075
mike@mgmoorelaw.com

Trial Counsel for Plaintiffs

/s/ Patrick Vrobel
Matthew John Markling (0068095)
Lead Attorney
Patrick Vrobel (0082832)
McGown & Markling Co., LPA
1894 North Cleveland-Massillon Road

Akron, Ohio 44333
Telephone: 1.330.s670.0005
Fax: 1.330.670.0002
Email:
markling@mcgownmarkling.com
vrobel@mcgownmarkling.com

Attorneys for Defendant Nancy Schott, PhD

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on September 25, 2015. Notice of this filing will be sent to all parties and counsel for Movants through the Court's filing system. Parties and counsel for Movants may access the filing through the Court's system.

Respectfully submitted,
/s/ Michael Garth Moore