# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 11, 2016

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED**
Jan 12, 2016
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re: Nancy Schott
v. Peter Wenk, et ux.
No. 15-54
(Your No. 14-3334)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Ohio School Boards Association, et al. for leave to file a brief as *amici curiae* is granted.   The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk